**RECEIVED**
FEB 1 9 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-033 |
| v. | INDICTMENT |
| WILLIAM LEANTHONY MARCELL CARR, | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Unlawful User in Possession of a Firearm)**

On or about December 7, 2019, in the Southern District of Iowa, the defendant, WILLIAM LEANTHONY MARCELL CARR, in and affecting commerce, knowingly possessed a firearm, namely, a loaded Rock Island Armory, model 1911-A1CS, .45 caliber ACP pistol, with serial number RIA1560126. At the time of the offense, the defendant knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, WILLIAM LEANTHONY MARCELL CARR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _/s/ K.M. Herrera_
Kristin M. Herrera
Mikaela J. Shotwell
Assistant United States Attorneys